**Order entered January 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

___

### No. 05-20-00977-CV

___

### QIONG-YING DUANG CHANG, INCAPACITATED, Appellant

### V.

### QINGHA JULIA LIU, AS ADMINISTRATOR OF THE ESTATE OF HSIANGPIN MICHAEL CHANG, Appellee

___

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17914**

___

### ORDER

The reporter's record in this case has not been filed.  By letter dated January 4, 2021, we informed appellant the court reporter notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record.  We directed appellant to provide the Court with written verification showing the reporter's record had been requested and that appellant had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs.  On January

14, 2021, appellant filed notification that he had paid the court reporter for preparation of the reporter's record. Accordingly, we **ORDER** Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file the reporter's record within **THIRTY DAYS** from the date of this order.


/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE